UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br>  v.<br>MICHAEL TYRONE HAMPTON,<br>       Defendant. | No. 2:16-cr-00211-GEB<br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br>  v.<br>LARRY D. HAMPTON,<br>       Defendant. | No. 2:17-cr-00009-GEB |
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br>  v.<br>ANTHONY J. HILL,<br>       Defendant. | No. 2:17-cr-00057-JAM |

On April 24, 2017, the United States of America filed a "Notice of Related Cases" document in which it states 2:17-cr-00057-JAM is related to earlier filed actions assigned to the

1

undersigned judge.

The actions are related within the meaning of Local Rule 123. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned. Therefore, action 2:17-cr-00057-JAM is reassigned to the undersigned judge for all further proceedings, and the caption on the reassigned cases shall show the initials "GEB." Further, any date currently set in the reassigned case is VACATED. The Clerk shall make an appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated: April 27, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge